THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Stanford Tucker, Appellant.
 
 
 

Appeal from Spartanburg County
 J. Mark Hayes, II., Circuit Court Judge

Unpublished Opinion No. 2005-UP-647
Submitted December 1, 2005  Filed December 21, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III.,  of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Stanford Tucker appeals his guilty plea for two counts of first degree burglary and eleven lesser counts, alleging the trial court erred in accepting his guilty plea without fully advising him of his constitutional rights.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Tuckers appeal and grant counsels motion to be relieved.[1]
 APPEAL DISMISSED.
HEARN, C.J. and HUFF and BEATTY, concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.